SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559-233-1000
Facsimile: 559-233-6044

Attorney for Defendant, JOSE RIOS-ESCOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER: 1:06-CR-00200-OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON |
| v. | ) | REPORT OF PROBATION OFFICER |
| JOSE RIOS-ESCOBAR, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows, additional time is necessary for psychiatric evaluation of defendant:

    Probation Report available to Defense Counsel: move from November 6, 2006 to December 18, 2006.

    Defense Counsel's Informal Objections due to Probation and AUSA: move from November 20, 2006 to January 2, 2007.

    Formal Objections must be filed with the Court and served on Probation and AUSA: move from December 4, 2006 to January 16, 2007.

    RPO Hearing: move from December 11, 2006 at 1:30 p.m. to January 22, 2007 at 1:30 p.m.

///

///

1  / / /

2  / / /

3  / / /

4  / / /                                             Respectfully submitted,

5

6

7  DATED:  November 3, 2006                          /s/   Salvatore Sciandra
                                                     SALVATORE SCIANDRA
8                                                    Attorney for Defendant,
                                                     JOSE RIOS-ESCOBAR
9

10

11 DATED:  November 3, 2006                          /s/   Karen Ann Escobar
                                                     KEVIN P. ROONEY
12                                                   Assistant United States Attorney

13

14                                     **ORDER**

15

16

17
   IT IS SO ORDERED.
18
   **Dated:   November 7, 2006**                     /s/ Oliver W. Wanger
19 emm0d6                                            UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28