SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559-233-1000
Facsimile: 559-233-6044

Attorney for Defendant, JOSE RIOS-ESCOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE RIOS-ESCOBAR,<br><br>    Defendant. | CASE NUMBER: 1:06-CR-00200-OWW<br><br>STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows, additional time is necessary for psychiatric evaluation of defendant:

    Probation Report available to Defense Counsel: move from December 18, 2006 to February 20, 2007.

    Defense Counsel's Informal Objections due to Probation and AUSA: move from January 2, 2007 to March 5, 2007

    Formal Objections must be filed with the Court and served on Probation and AUSA: move from January 16, 2007 to March 19, 2007.

    RPO Hearing: move from January 22, 2007 at 1:30 p.m. to March 26, 2007 at 1:30 p.m.

///

///

1  / / /

2  / / /

3  / / /

4  / / /                                              Respectfully submitted,

5

6

7  DATED:  January 9, 2007                    /s/   Salvatore Sciandra
                                              SALVATORE SCIANDRA
8                                             Attorney for Defendant,
                                              JOSE RIOS-ESCOBAR
9

10

11  DATED:  January 9, 2007                   /s/   Kevin P. Rooney
                                              KEVIN P. ROONEY
12                                            Assistant United States Attorney

13

14
                                        **ORDER**
15
        IT IS SO ORDERED.
16
    **Dated:   January 10, 2007**                    /s/ Oliver W. Wanger
17  emm0d6                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28