SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559-233-1000
Facsimile: 559-233-6044

Attorney for Defendant, JOSE RIOS-ESCOBAR

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NUMBER:  1:06-CR-00200-OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER FOR A RESETTING OF HEARING ON REPORT OF PROBATION OFFICER |
| v. | ) | |
| JOSE RIOS-ESCOBAR, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended from Monday, April 30, 2007 at 1:30 p.m. to Monday, May 14, 2007 at 1:30 p.m., additional time is necessary for further preparation for sentencing.

                                        Respectfully submitted,

DATED: April 26, 2007                    /s/   Salvatore Sciandra
                                        SALVATORE SCIANDRA
                                        Attorney for Defendant,
                                        JOSE RIOS-ESCOBAR

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED:  April 26, 2007 | /s/   Kevin P. Rooney<br>KEVIN P. ROONEY<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED.

| | |
|---|---|
| **Dated:    April 27, 2007** | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |